RECEIVED
05/13/2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

In re Andrew Linares

      Petitioner                         Case No: (Pending Assignment)
_____/

Andrew Linares
*In Pro Per*
4450 Harding Street
Dearborn Heights, MI 48125
734-205-8788
andrew.ace.linares@nfnrltd.com
_____/

## MOTION FOR EXPEDITED CONSIDERATION

    **NOW COMES** Petitioner Andrew Linares, appearing in propria persona, and respectfully moves this Honorable Court pursuant to Federal Rule of Appellate Procedure 27 and the Court's inherent authority to manage its docket, for expedited consideration of his Emergency Petition for Writ of Mandamus, filed contemporaneously herewith.

INTRODUCTION

    This motion seeks urgent appellate attention to a District Court order that not only exceeds its jurisdiction but also imposes a **structurally unreviewable sanction**: a blanket prefiling restriction barring "any future motions" without leave of court—while simultaneously **prohibiting the very motion required to request such leave**. Entered without notice, hearing, factual findings, or an opportunity to be heard, this order has stripped Petitioner of his ability to seek redress in the District Court, defend against future motion practice, or participate meaningfully in his own case. This is not a matter of expediting convenience or avoiding delay— it is a matter of preserving *any* functional access to the court whatsoever.

    This procedural impasse causes **ongoing, irreparable harm** to Petitioner's rights under the **First and Fifth Amendments**, as well as **28 U.S.C. § 1915** and the **Federal Arbitration**

**Act**. Because there is no other remedy or legal avenue to obtain relief from the restriction, expedited mandamus review is the only vehicle available to safeguard Petitioner's constitutional rights and prevent further prejudice.

REASONS FOR EXPEDITED REVIEW

Petitioner respectfully requests expedited review of the mandamus petition for the following reasons:

1. **The challenged order is unreviewable through ordinary means.** It creates a procedural paradox by requiring a motion for leave that it simultaneously prohibits, leaving no lawful method of compliance.

2. **Petitioner is a pro se litigant facing permanent loss of access.** The restriction was imposed sua sponte and without the procedural safeguards required under *Feathers v. Chevron U.S.A.*, 141 F.3d 264 (6th Cir. 1998). Without immediate relief, Petitioner cannot respond to future filings, challenge the judgment, or pursue constitutional claims.

3. **Petitioner's record demonstrates good faith.** As detailed in his **Motion for Pauper Status and Supporting Brief**, Petitioner has not abused the judicial process and has filed only narrowly tailored motions addressing procedural defects and jurisdictional concerns. No pattern of frivolous litigation exists.

4. **Further delay will exacerbate constitutional injury.** The prefiling restriction continues to obstruct Petitioner's access to the judicial process, and enables a unilateral litigation dynamic where only one party may file motions—contrary to fundamental fairness.

5. **There is no adequate alternative remedy.** Because the restriction prohibits filing any future motions, and the order cannot be challenged in any other way without violating the order, mandamus is the only meaningful remedy available.

6. To the extent applicable, Petitioner also invokes the emergency motion procedures permitted under 6 Cir. R. 27(e), as this motion seeks urgent intervention to preserve appellate rights and prevent further constitutional harm

## RELIEF REQUESTED

WHEREFORE, Petitioner respectfully requests that this Court:

1. **Grant expedited consideration** of the Petition for Writ of Mandamus pursuant to its emergency docket procedures;

2. **Set a shortened response period** for any invited party or the District Court, if the Court determines a response is necessary;

3. **Issue a ruling at the earliest practicable time** in order to prevent further deprivation of access to the judicial system; and

4. **Grant such further relief** as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 13th, 2025, at Dearborn Heights, Michigan.

Respectfully submitted,

_____
Andrew Linares
*In Pro Per*
4450 Harding Street
Dearborn Heights, MI 48125
734-205-8788